UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

        Plaintiff,

v.

ACTIVE MACHINE & TOOL, INC.
and TIM VAN DAM,

        Defendants.
_____/

Case No. 1:10cv95

HON. ROBERT J. JONKER

**ORDER TO SHOW CAUSE**

The court records reveal that plaintiff served a summons and complaint on defendants Active Machine & Tool, Inc. and Tim Van Dam on February 4, 2010, and the defendant have failed to file a response within the time allowed in the court rules. The court records further indicate that plaintiff has failed to enter a default against the defendants. Therefore,

**IT IS ORDERED** that plaintiff shall either file a default within thirty (30) days of the date of this order or show cause in writing why the Court should not dismiss the case against Active Machine & Tool, Inc. and Tim Van Dam for lack of prosecution under W.D. Mich. LCivR 41.1.

                                              /s/Robert J. Jonker
                                                Robert J. Jonker
                                            United States District Judge

Date:  March 3, 2010